ANTHONY & JOSEPH, INC., Respondent, v. THEODOR SCHMIDT, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Petition of HERMAN H. BOYMAN, Petitioner, to Review a Determination against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRESH MEADOW COUNTRY CLUB, INC., a Membership Corporation, Respondent, v. MILTON GLADSTONE, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to modify by reducing the judgment entered in the Municipal Court to the sum of $347.58 and severing the action as to the balance.

ANNE RITHOLTZ, Appellant, v. ISIDORE SCHILDER and Others, Defendants, Impleaded with ALVIN A. LICHT, Respondent.— Judgment and order, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SARAH SPERBER, as Administratrix, etc., of MORRIS SPERBER, Deceased, Respondent, v. DAVIDSON TRANSFER & STORAGE Co. and CLARENCE GEORGE, Appellants. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN EDWARD MCDONALD, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NENA NORRIS, Appellant, v. J. W. FULLER THOMPSON, Individually, and as Executor, etc., of HAZEN F. SIMPSON, Deceased, Defendant, Impleaded with J. SIMPSON & Co., INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MATTHEW BLAIR, Appellant, for an Order against RUSSELL FORBES, as Commissioner of the Department of Purchase of the City of New York, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

VERSICHERUNGS-ANSTALT DER OESTERREICHISCHEN BUNDESLAENDER, Respondent, v. HAMILTON FIRE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.